UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED JUN 1 5 2016
CLERK

### INDICTMENT FOR DISTRIBUTION OF CHILD PORNOGRAPHY, POSSESSION OF CHILD PORNOGRAPHY, AND FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-58-JWD-RLB |
| versus | : | 18 U.S.C. § 2252A(a)(2) |
| | : | 18 U.S.C. § 2252A(a)(5)(B) |
| CHRISTOPHER G. WAGUESPACK | : | 18 U.S.C. § 2253(a) |

**THE GRAND JURY CHARGES:**

#### COUNT ONE

On or about May 5, 2015, in the Middle District of Louisiana, **CHRISTOPHER G. WAGUESPACK**, defendant herein, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, including a computer.

The above is a violation of Title 18, United States Code, Section 2252A(a)(2).

#### COUNT TWO

On or about June 13, 2015, in the Middle District of Louisiana, **CHRISTOPHER G. WAGUESPACK**, defendant herein, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, including a computer.

The above is a violation of Title 18, United States Code, Section 2252A(a)(2).

Flowers
USM & USA    (certified)

## COUNT THREE

On or about September 24, 2015, in the Middle District of Louisiana, **CHRISTOPHER G. WAGUESPACK**, defendant herein, knowingly possessed material which contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved prepubescent minors and minors who had not attained 12 years of age, and which had been transported using any means and facility of interstate and foreign commerce, including a computer.

The above is a violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATIONS

Upon conviction on any of the above-charged offenses, **CHRISTOHPER G. WAGUESPACK**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions of minors engaged in sexually explicit conduct in violation of Title 18, United States Code, Section 2252A; any property constituting or traceable to gross profits or other proceeds the defendant obtained directly or indirectly as a result of the above-charged offenses; and any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses, including, but not limited to, the following:

(1) Western Digital 1TB hard drive, serial number WCAV5C132238;

(2) Western Digital hard drive, serial number WXD1A1131391;

(3) White and black PNY 16GB thumb drive;

(4) Black Geek Squad 8GB thumb drive;

(5) Black Samsung Galaxy 2, model SM-G900P;

(6) SanDisk 256MB silver thumb drive;

(7) Seagate hard drive, serial number 5VE1GR3T; and

(8) Dell DHP Computer, serial number HCDXB11

UNITED STATES OF AMERICA, by

/s/ J. Walter Green

J. WALTER GREEN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

/s/ Jamie A. Flowers, Jr.

JAMIE A. FLOWERS, JR.
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**
GRAND JURY FOREPERSON

6-15-16
DATE

# CRIMINAL COVER SHEET                                      U.S. District Court

**Place of Offense:**                                  Matter to be sealed: ☐ No  ☒ Yes

City **Baton Rouge**                                  **Related Case Information:**

County/Parish **East Baton Rouge**         Superseding Indictment _____  Docket Number _____
                                                           Same Defendant _____  New Defendant _____
*Investigating Agency **HSI**                      Magistrate Case Number _____
*Agent **Alan Prejean**                              Search Warrant Case No. _____
                                                           R 20/ R 40 from District of _____
                                                           Any Other Related Cases: _____

**Defendant Information:**

Defendant Name **Christopher G. Waguespack**
Alias
Address
Birthdate          SS #          Sex          Race          Nationality

**U.S. Attorney Information:**

AUSA **Jamie A. Flowers, Jr.**          Bar # **GABN 940394**

Interpreter:  ☒ No  ☐ Yes          List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____  Already in Federal Custody as of
_____  Already in State Custody
_____  On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: __3__

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:2252A(a)(2) | Distribution of child pornography | 1 & 2 | F |
| 18:2252A(a)(5)(B) | Possession of child pornography | 3 | F |

(May be continued on second sheet)

Date: 6/15/16          Signature of AUSA: _[signature]_

District Court Case Number (To be filled in by deputy clerk): _____