| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-1 | details 3-29-15 151848 | No |
| Gov-1-A | **Exhibit Place Marker (Contraband)** | No |
| Gov-2 | details 3-29-15 193117 | No |
| Gov-2-A | **Exhibit Place Marker (Contraband)** | No |
| Gov-2-B | Exhibit Place Marker (Contraband) | No |
| Gov-3 | **details 3-30-15 115320** | No |
| Gov-3-A | Exhibit Place Marker (Contraband) | No |
| Gov-3-A1 | **Exhibit Place Marker (Contraband)** | No |
| Gov-3-A2 | Exhibit Place Marker (Contraband) | No |
| Gov-3-A3 | **Exhibit Place Marker (Contraband)** | No |
| Gov-3-A4 | Exhibit Place Marker (Contraband) | No |
| Gov-3-A5 | **Exhibit Place Marker (Contraband)** | No |
| Gov-7 | Cox Business Records and Certification 174.69.132.97 | No |
| Gov-8-A | **SW Photo - Front Door** | No |
| Gov-8-B | SW Photo - Hallway | No |
| Gov-8-C | **SW Photo - Entrance Def Room** | No |
| Gov-8-D | SW Photo - Def Closet | No |
| Gov-8-E | **SW Photo - Def Room Desk** | No |
| Gov-8-F | SW Photo - Def. CPU Tower | No |
| Gov-8-G | **SW Photo - Def CPU Monitor** | No |
| Gov-8-H | SW Photo - CPU Desktop | No |
| Gov-8-I | **SW Photo - CPU Desktop2** | No |
| Gov-8-J | SW Photo - CPU Operating System | No |
| Gov-8-K | **SW Photo - CPU Game** | No |
| Gov-8-L | SW Photo - CPU Game login | No |
| Gov-8-M | **SW Photo - Parents Office** | No |
| Gov-8-N | SW Photo - Parents Office 2 | No |
| Gov-8-O | **SW Photo - Parents Office CPU** | No |
| Gov-9 | Search Warrant Inventory | No |
| Gov-10-A | **Android image (Samsung Galaxy S5) File Browser** | No |
| Gov-10-B | Android image (Samsung Galaxy S5) Firefox Query | No |
| Gov-11-A | **IEF Report - Case Info** | No |
| Gov-11-B | IEF Report - Parsed Search Queries | No |
| Gov-11-C | **IEF Report - Encryption-Anti-forensics Tools** | No |
| Gov-11-D | IEF Report - Google Searches | No |
| Gov-11-E | **IEF Report - LNK Files** | No |
| Gov-11-F | IEF Report - Shellbags | No |
| Gov-11-G | **IEF Report - Peer to Peer - Frostwire** | No |
| Gov-11-H | IEF Report - Peer to Peer - Torrent File Fragments | No |
| Gov-11-I | **IEF Report - Web Related - Chrome-360 Safe Browser-Opera Carved Web History** | No |

| | | |
|---|---|---|
| Gov-11-J | IEF Report - Web Related - Firefox Bookmarks | No |
| Gov-11-K | **IEF Report - Web Related - Firefox SessionStore Artifacts** | No |
| Gov-11-L | IEF Report - Web Related - Firefox Web History | No |
| Gov-11-M | **IEF Report - Web Related - Internet Explorer Daily History** | No |
| Gov-11-N | IEF Report - Web Related - Opera FavIcons | No |
| Gov-11-O | **IEF Report - Web Related - Opera Web History** | No |
| Gov-12-A | FTK Report - Case Information | No |
| Gov-12-B | **FTK Report - File Overview** | No |
| Gov-12-C | FTK Report - Evidence List | No |
| Gov-12-D | **FTK Report - AntiForensic Utilities** | No |
| Gov-12-E | FTK Report - Eraser LogFile | No |
| Gov-12-F | **FTK Report - Flagged Graphics** | No |
| Gov-12-G | FTK Report - Parent Files | No |
| Gov-12-H | **FTK Report - IP Address 172.69.132.97** | No |
| Gov-12-I | FTK Report - Personal Documents | No |
| Gov-12-J | **FTK Report - Recovered Filenames** | No |
| Gov-12-K | FTK Report - Recovered Filenames2 | No |
| Gov-12-L | **FTK Report - SMPlayer Recent List** | No |
| Gov-12-M | FTK Report - System Info | No |
| Gov-12-N | **FTK Report - VLC Media Player Recents List** | No |
| Gov-12-O | FTK Report - Web Browsers | No |
| Gov-12-P | **FTK Report - Registry Report - 00004A Software** | No |
| Gov-12-Q | FTK Report - Registry Report - 4APartition1 User Bfolevu9o | No |
| Gov-14-A | 22Nov2014 MyHealth Vet | No |
| Gov-14-B | LSU Transcript | No |
| Gov-15-A | **FTK Report - Case Information** | No |
| Gov-15-B | FTK Report - File Overview | No |
| Gov-15-C | **FTK Report - Evidence List** | No |
| Gov-15-D | FTK Report - Antivirus | No |
| Gov-15-E | **FTK Report - BitChe** | No |
| Gov-15-F | FTK Report - Selected Files Modified After 8 | No |
| Gov-15-G | **FTK Report - Selected Files Modified After 8 p2** | No |
| Gov-15-H | FTK Report - Selected Pictures | No |
| Gov-15-I | **FTK Report - Source File Info** | No |
| Gov-15-J | FTK Report - Tixati | No |
| Gov-15-K | **FTK Report - Tixati AppData Sept 14 2015** | No |
| Gov-15-L | FTK Report - User Bfolevu9o | No |
| Gov-15-M | **FTK Report - Registry Report - 00004A Software - Installed** | No |
| Gov-15-N | FTK Report - Registry Report - 4APartition1 User Bfolevu9o | No |
| Gov-15-O | **FTK Report - Registry Report - User Bfolevu9o Additional Recent MPC** | No |
| Gov-15-P | FTK Report - Registry Report - User Bfolevu9o Devoid of Data | No |
| Gov-16-A | **FTK Report for CP Images Exhibits - Case Information** | No |
| Gov-16-B | FTK Report for CP Images Exhibits - Evidence List | No |
| Gov-16-C | **FTK Report for CP Images Exhibits - File Overview** | No |
| Gov-16-D | FTK Report for CP Images Exhibits - Pics for Trial | No |
| Gov-16-E | **FTK Report for CP Images Exhibits - Source Files Info** | No |
| Gov-17-A | Exhibit Place Marker (Contraband) | No |

| | | |
|---|---|---|
| Gov-17-B | Exhibit Place Marker (Contraband) | No |
| Gov-17-C | Exhibit Place Marker (Contraband) | No |
| Gov-17-D | Exhibit Place Marker (Contraband) | No |
| Gov-17-E | Exhibit Place Marker (Contraband) | No |
| Gov-17-F | Exhibit Place Marker (Contraband) | No |
| Gov-17-G | Exhibit Place Marker (Contraband) | No |
| Gov-17-H | Exhibit Place Marker (Contraband) | No |
| Gov-17-I | Exhibit Place Marker (Contraband) | No |
| Gov-17-J | Exhibit Place Marker (Contraband) | No |
| Gov-17-K | Exhibit Place Marker (Contraband) | No |
| Gov-17-L | Exhibit Place Marker (Contraband) | No |
| Gov-17-M | Exhibit Place Marker (Contraband) | No |
| Gov-17-N | Exhibit Place Marker (Contraband) | No |
| Gov-17-O | Exhibit Place Marker (Contraband) | No |
| Gov-18 | 5 Photographs Seagate Hard Drive | No |
| Gov-19 | 4 Photographs Western Digital Hard Drive | No |
| Gov-20 | 5 Photographs Samsung Cell Phone | No |
| Gov-21 | 3 Photographs 3 Flash Drives | No |
| Gov-22 | Tixati Experiement Screenshots | No |
| Def-2-a | Evidence Property form | No |
| Def-18 | Photograph | No |
| Def-50 | Photograph of Surveillance driveway | No |
| Def-50-a | Photograph of Surveillance Monitor | No |
| Def-50-b | Photograph of Waguespack Home | No |
| Def-51 | Filelist Modified after 8 ALL | No |
| Def-51-a | Filelist Modifid after 8 select | No |
| Def-52 | chain of custody for 4A | No |

JT - 10/18/17
DT - 10/18/17