

Recovered Artifacts
**Refined Results**

Parsed Search Queries

**Encryption/Anti-forensics Tools**
Google Searches
LNK Files
Shellbags

Peer to Peer

Frostwire
Torrent File Fragments

Web Related

Chrome/360 Safe Browser/Opera Carved Web History
Firefox Bookmarks
Firefox SessionStore Artifacts
Firefox Web History
Internet Explorer Daily History
Opera FavIcons
Opera Web History

## Encryption/Anti-forensics Tools

**Print This Page**       Search:

| Record | Filename | Software | Created Date/Time - (UTC) (MM/dd/yyyy) | Last Accessed Date/Time - (UTC) (MM/dd/yyyy) | Last Modified Date/Time - (UTC) (MM/dd/yyyy) | Source | Located At | Evidence Nu |
|---|---|---|---|---|---|---|---|---|
| 1 | CCleaner.exe | CCleaner | 05/08/2015 07:49:04 PM | 09/24/2015 08:29:51 AM | 05/08/2015 07:49:04 PM | 92-2132-00004A-Partition1.E01 - Entire Disk (Microsoft NTFS, 292.97 GB) New Volume (All Files and Folders) - [ROOT]\Program Files\CCleaner\CCleaner.exe | n/a | 92-2132-00004A Partition1 |
| 2 | CCleaner64.exe | CCleaner | 05/08/2015 07:49:04 PM | 09/24/2015 02:00:01 PM | 05/08/2015 07:49:04 PM | 92-2132-00004A-Partition1.E01 - Entire Disk (Microsoft NTFS, 292.97 GB) New Volume (All Files and Folders) - [ROOT]\Program Files\CCleaner\CCleaner64.exe | n/a | 92-2132-00004A Partition1 |
| 3 | Eraser.exe | Eraser | 05/22/2012 02:12:56 PM | 09/24/2015 01:39:25 PM | 05/22/2012 02:12:56 PM | 92-2132-00004A-Partition1.E01 - Entire Disk (Microsoft NTFS, 292.97 GB) New Volume (All Files and Folders) - [ROOT]\Program Files\Eraser\Eraser.exe | n/a | 92-2132-00004A Partition1 |
| 4 | Eraser.exe | Eraser | 01/08/2014 07:10:37 AM | 09/24/2015 01:39:25 PM | 01/08/2014 07:10:37 AM | 92-2132-00004A-Partition1.E01 - Entire Disk (Microsoft NTFS, 292.97 GB) New Volume (All Files and Folders) - [ROOT]\Windows\Installer\{6E5159B4-A519-41EF-80EF-AD58371515DF}\Eraser.exe | n/a | 92-2132-00004A Partition1 |

**U.S. Exhibit**

**11C**