**FTK CASE REPORT**

Page 1 of 1

**Case Summary**
- Case Information
- File Overview
- Evidence List

**Bookmarks**
ftkadmin
- AntiForensic Utilities
- Eraser LogFile
- Flagged Graphics
- Parent Files
- IP Address 172.69.132.97
- IP Address 172.69.132.97
- IP Address 70.172.234.19
- IP Address 70.172.234.19
- Personal Documents
- Recovered Filenames
- Recovered Filenames2
- SMPlayer Recent List
- System Info
- VLC Media Player Recents List
- Web Browsers

**Selected Registry Types**
- Registry Viewer Reports

**Bookmark: AntiForensic Utilities**
Comments:
Creator: ftkadmin
File Count: 5

**Files Bookmarked**

File Comments:
| | |
|---|---|
| Name | CCleaner.exe |
| Created Date | 5/8/2015 2:49:04 PM (2015-05-08 19:49:04 UTC) |
| Modified Date | 5/8/2015 2:49:04 PM (2015-05-08 19:49:04 UTC) |
| Accessed Date | 9/24/2015 3:29:51 AM (2015-09-24 08:29:51 UTC) |
| Record Date | 6/8/2015 11:36:51 PM (2015-06-09 04:36:51 UTC) |
| Logical Size | 6369048 B |
| MD5 Hash | ee526b0428581b57ffc571ff57309e28 |
| Path | 92-2132-00004A-Partition1.E01/New Volume [NTFS]/[root]/Program Files/CCleaner/CCleaner.exe |
| Deleted | False |
| From Recycle Bin | False |
| Recycle Bin Original Name | n/a |
| Recycle Date | n/a |
| Hidden | False |
| System | False |
| Item Number | 2245407 |

File Comments:
| | |
|---|---|
| Name | ccleaner.ini |
| Created Date | 1/1/2014 12:11:37 AM (2014-01-01 06:11:37 UTC) |
| Modified Date | 9/24/2015 9:18:57 AM (2015-09-24 14:18:57 UTC) |
| Accessed Date | 9/24/2015 9:18:57 AM (2015-09-24 14:18:57 UTC) |
| Record Date | 9/24/2015 9:18:57 AM (2015-09-24 14:18:57 UTC) |
| Logical Size | 1964 B |
| MD5 Hash | 8ca095a64f79d9246dab18907491eacf |
| Path | 92-2132-00004A-Partition1.E01/New Volume [NTFS]/[root]/Program Files/CCleaner/ccleaner.ini |
| Deleted | False |
| From Recycle Bin | False |
| Recycle Bin Original Name | n/a |
| Recycle Date | n/a |
| Hidden | False |
| System | False |
| Item Number | 2245408 |

File Selections
| | |
|---|---|
| Id | 17 |
| Comments | N/A |
| Data | [Options]--Language=1033--UpdateKey=09/23/2015 10:57:23 AM--SkipUAC=1--RunICS=0--CookiesToSave=*.piriform.com--(App)Autocomplete Form History=True--(App)Saved Passwords=True--SecureDeleteType=0--SecureDeleteMethod=0--(App)Windows Error Reporting=True--(App)Java=True--WipeAlternateDataStreams=0--WipeClusterTips=0--WINDOW_MAX=0--WINDOW_LEFT=8--WINDOW_TOP=4--WINDOW_WIDTH=1000--WINDOW_HEIGHT=616--NewVersion=5.02.5101--FinderInclude1=PATH|C:\|*.*|RECURSE|0|0|24--FinderInclude2=PATH|D:\|*.*|RECURSE|0|0|24--FinderInclude3=PATH|E:\|*.*|RECURSE|0|0|24--FinderIncludeStates=1|1|1|0|0--WipeFre... (App)Mozilla - Session=False--(App)Thumbnail Cache=False--BackupDir=C:\Users\Blolevu9o\Desktop--(App)DNS Cache=True--DefaultDetailedView=1--DelayTemp=1--DelayRB=1--(App)Old Prefetch data=False--(App)Windows Event Logs=False--(App)Menu Order Cache=False--(App)Window Size/Location Cache=False--(App)User Assist History=False--(App)Custom Folders=False--(App)Path=False--(App)Font Cache=True--(App)Mozilla - Site Preferences=False--FinderInclude4=PATH|F:\|*.*|RECURSE|0|0|24--FinderInclude5=PATH|G:\|*.*|RECURSE|0|0|24--CheckTrialOffer=0--SystemMonitoringNotificationTime=09/23/2015 11:11:29 PM--LastMonitoringNotificationTime=09/23/2015 11:21:17 PM--LMN=2|1|3|2|0|3|0|3026|0|0|3|5.09.5343|4|0--SplitterPositionCleaner=263--(App)Files=False--(App)Wipe Free Space=False--SystemMonitoringRunningNotification=0--(App)Taskbar Jump Lists=False--(App)Mozilla - Internet History=True--(App)NVIDIA Install Files=False--(App)Symantec AntiVirus=True--(App)Network Passwords=False--AnalyzerTypes=1|1|1|1|1|1|1--SystemAnalyzerDrives=C:\--NewVersionNotification=0--(App)Last Download Location=False--(App)Mozilla - Saved Passwords=True--(App)TeamSpeak=False--Monitoring=1--SystemMonitoring=1--BrowserMonitoring=1--(Mon)3026=3--UsersMethod=0--(Mon)3001=3--AutoClose=1--IgnoreFileSizeUnderValue=1--(Mon)3029=1--(App)Mozilla - Saved Form Information=True-- |

File Comments:
| | |
|---|---|
| Name | CCleaner64.exe |
| Created Date | 5/8/2015 2:49:04 PM (2015-05-08 19:49:04 UTC) |
| Modified Date | 5/8/2015 2:49:04 PM (2015-05-08 19:49:04 UTC) |
| Accessed Date | 9/24/2015 9:00:01 AM (2015-09-24 14:00:01 UTC) |
| Record Date | 6/8/2015 11:36:55 PM (2015-06-09 04:36:55 UTC) |
| Logical Size | 8322328 B |
| MD5 Hash | 09266319529c342813ea013e24200568 |
| Path | 92-2132-00004A-Partition1.E01/New Volume [NTFS]/[root]/Program Files/CCleaner/CCleaner64.exe |
| Deleted | False |
| From Recycle Bin | False |
| Recycle Bin Original Name | n/a |
| Recycle Date | n/a |
| Hidden | False |
| System | False |
| Item Number | 2245406 |

File Comments:
| | |
|---|---|
| Name | Eraser.exe |
| Created Date | 5/22/2012 9:12:56 AM (2012-05-22 14:12:56 UTC) |
| Modified Date | 5/22/2012 9:12:56 AM (2012-05-22 14:12:56 UTC) |
| Accessed Date | 9/24/2015 8:39:27 AM (2015-09-24 13:39:27 UTC) |
| Record Date | 4/7/2015 11:14:16 PM (2015-04-08 04:14:16 UTC) |
| Logical Size | 980920 B |
| MD5 Hash | 0f7770991308ca1f58f18eed7ebe7b7 |
| Path | 92-2132-00004A-Partition1.E01/New Volume [NTFS]/[root]/Program Files/Eraser/Eraser.exe |
| Deleted | False |
| From Recycle Bin | False |
| Recycle Bin Original Name | n/a |
| Recycle Date | n/a |
| Hidden | False |
| System | False |
| Item Number | 2271627 |

File Comments:
| | |
|---|---|
| Name | ERASER64.SYS |
| Created Date | 8/20/2015 12:35:03 PM (2015-08-20 17:35:03 UTC) |
| Modified Date | 8/20/2015 12:35:03 PM (2015-08-20 17:35:03 UTC) |
| Accessed Date | 8/20/2015 12:41:10 PM (2015-08-20 17:41:10 UTC) |
| Record Date | 8/20/2015 12:35:06 PM (2015-08-20 17:35:06 UTC) |
| Logical Size | 153936 B |
| MD5 Hash | 6abfc77bfa9cb07a7a01c03416134e6f |
| Path | 92-2132-00004A-Partition1.E01/New Volume [NTFS]/[root]/ProgramData/Symantec/Symantec Endpoint Protection/12.1.4013.4013.105/Data/Definitions/VirusDefs/BinHub/ERASER64.SYS |
| Deleted | False |
| From Recycle Bin | False |
| Recycle Bin Original Name | n/a |
| Recycle Date | n/a |
| Hidden | False |
| System | False |
| Item Number | 2270722 |

AccessData Forensic Toolkit®

**U.S. Exhibit 12D**