

**Case Summary**
- Case Information
- File Overview
- Evidence List

**Bookmarks**
- ftkadmin
- AA
  - Antivirus 9:38AM
  - BitChe
  - Modified After 8
  - Select
  - Select Pictures
  - Source Files Info
  - Tixati
  - Tixati AppData Sept 14 2015
  - User Bfolevu9o NTUser.dat

**Selected Registry Types**
- Registry Viewer Reports

Page 1 of 1

| | |
|---|---|
| **Bookmark: Antivirus 9:38AM** | |
| **Comments:** | |
| **Creator:** | ftkadmin |
| **File Count:** | 1 |
| **Files Bookmarked** | |
| **File Comments:** | |
| Name | JobMgr.dat.log |
| Created Date | 9/21/2015 2:48:10 AM (2015-09-21 07:48:10 UTC) |
| Modified Date | 9/24/2015 9:38:07 AM (2015-09-24 14:38:07 UTC) |
| Accessed Date | 9/24/2015 9:38:07 AM (2015-09-24 14:38:07 UTC) |
| MFT Changed Date | 9/24/2015 9:38:07 AM (2015-09-24 14:38:07 UTC) |
| Logical Size | 32 B |
| MD5 Hash | a97d6608f278effa0d52df5ddf121a27 |
| Path | 92-2132-00004A-Partition1.E01/New Volume [NTFS]/[root]/ProgramData/Symantec/Symantec Endpoint Protection/12.1.4013.4013.105/Data/CmnClnt/ccJobMgr/JobMgr.dat.log |
| Deleted | False |
| From Recycle Bin | False |
| Recycle Bin Original Name | n/a |
| Recycle Date | n/a |
| Hidden | False |
| System | False |
| Item Number | 2258692 |

Page 1 of 1

AccessData Forensic Toolkit®

U.S. Exhibit

**15D**