FTK Report



## Case Summary
- **Case Information**
- **File Overview**
- **Evidence List**

## Bookmarks
- ftkadmin
- AA
  - **Pics for Trial**
    - **Source Files**
- Info

### Case Information

Time zone for display: Central Daylight Time

| | |
|---|---|
| **Version** | AccessData Forensic Toolkit Version: 6.2.1.10 |
| **Case Owner** | ftkadmin |
| **Case Name** | 93-2132 Christopher Waguespack ftk56 |
| **Case Reference** | |
| **Case Description** | |
| **Report Created** | 10/9/2017 3:55:00 PM |
| **Case Number** | 93-2132 |
| **Case Title** | Christopher Waguespack |
| **Agency/Company** | Louisiana Department of Justice |
| **Examiner's Name** | Thomas Ferguson |
| **Address** | 1885 N 3rd Street, Baton Rouge, LA 70802 |
| **Phone** | 225.326.6100 |
| **Fax** | 225.326.6197 |
| **Email** | fergusont@ag.state.la.us |
| **Comments** | 15 Pictures for Trial |

AccessData Forensic Toolkit®

**U.S. Exhibit 16A**

Index.html[10/10/2017 3:37:38 PM]