FTK Report



**Case Summary**
- Case Information
- File Overview
- Evidence List

**Bookmarks**
- ftkadmin
- AA
  - Pics for Trial
  - Source Files
- Info

**Evidence List**

**Display Name:** 93-2132-00008C.E01
**Evidence Path:** F:\IMAGES\93-2132 CHRISTOPHER WAGUESPACK\93-2132-00008C.E01
**ID Number/Name:**
**Evidence Type:** Disk Image
**Description:**
**Time Zone:** America/Chicago

**Display Name:** 93-2132-00009B-Floppy.E01
**Evidence Path:** F:\IMAGES\93-2132 CHRISTOPHER WAGUESPACK\93-2132-00009B-FLOPPY.E01
**ID Number/Name:**
**Evidence Type:** Disk Image
**Description:**
**Time Zone:** America/Chicago

**Display Name:** 93-2132-00005A.E01
**Evidence Path:** F:\IMAGES\93-2132 CHRISTOPHER WAGUESPACK\93-2132-00005A\93-2132-00005A.E01
**ID Number/Name:**
**Evidence Type:** Disk Image
**Description:**
**Time Zone:** America/Chicago

**Display Name:** 93-2132-00010A.E01
**Evidence Path:** F:\IMAGES\93-2132 CHRISTOPHER WAGUESPACK\93-2132-00010A\93-2132-00010A.E01
**ID Number/Name:**
**Evidence Type:** Disk Image
**Description:**
**Time Zone:** America/Chicago

**Display Name:** 93-2132-00006A.E01
**Evidence Path:** F:\IMAGES\93-2132 CHRISTOPHER WAGUESPACK\93-2132-00006A\93-2132-00006A.E01
**ID Number/Name:**
**Evidence Type:** Disk Image
**Description:**
**Time Zone:** America/Chicago

**Display Name:** 93-2132-00008B.E01
**Evidence Path:** F:\IMAGES\93-2132 CHRISTOPHER WAGUESPACK\93-2132-00008B.E01
**ID Number/Name:**
**Evidence Type:** Disk Image
**Description:**
**Time Zone:** America/Chicago

**Display Name:** 93-2132-00008A.E01
**Evidence Path:** F:\IMAGES\93-2132 CHRISTOPHER WAGUESPACK\93-2132-00008A.E01
**ID Number/Name:**
**Evidence Type:** Disk Image

**U.S. Exhibit 16B**

**Description:**
**Time Zone:** America/Chicago

Display Name: 93-2132-00009A-Floppy.E01

**Evidence Path:** F:\IMAGES\93-2132 CHRISTOPHER WAGUESPACK\93-2132-00009A-FLOPPY.E01
**ID Number/Name:**
**Evidence Type:** Disk Image
**Description:**
**Time Zone:** America/Chicago

Display Name: 92-2132-00004A-Partition2.E01

**Evidence Path:** F:\images\_Archived Images\93-2132 Christopher Waguespack Images\92-2132-00004A-Partition2\92-2132-00004A-PARTITION2.E01
**ID Number/Name:**
**Evidence Type:** Disk Image
**Description:**
**Time Zone:** America/Chicago

Display Name: 92-2132-00004A-Partition1.E01

**Evidence Path:** F:\images\_Archived Images\93-2132 Christopher Waguespack Images\92-2132-00004A-Partition1\92-2132-00004A-PARTITION1.E01
**ID Number/Name:**
**Evidence Type:** Disk Image
**Description:**
**Time Zone:** America/Chicago

AccessData Forensic Toolkit®